IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM NESMITH | : | CIVIL ACTION |
| v. | : | |
| COMMON PLEAS COURT OF PHILADELPHIA COUNTY, et al. | : | NO. 09-4356 |

**O R D E R**

AND NOW, this 16th day of August, 2010, upon consideration of Petitioner's Motion for Default Judgment (Doc. 12) and Petitioner's Motion for Judgment As a Matter of Law (Doc. 15), for the reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that petitioner's motions are **DENIED**.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE