IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM NESMITH | : | CIVIL ACTION |
| v. | : | |
| COMMON PLEAS COURT OF PHILADELPHIA COUNTY, et al. | : | NO. 09-4356 |

## ORDER

AND NOW, this 13th day of January, 2016, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and respondent's opposition thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED.

3. A certificate of appealability shall not issue since, for the reasons set forth in the Report and Recommendation, a reasonable jurist could not conclude that the Court would be incorrect in denying and dismissing the § 2254 petition.

BY THE COURT:

_____
JOHN P. FULLAM, J.